IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATHAN FARRIS,<br><br>    Defendant.<br>_____/ | No. C 09-00203 CW<br><br>ORDER RE MOTION FOR SUBSTITUTION OF COUNSEL |

Upon further consideration, the Court grants Defendant Farris' motion for substitute counsel and grants attorney Judd Iverson's motion to withdraw as counsel. Marc J. Zilversmit is appointed as counsel for Defendant Farris under the Criminal Justice Act. The matter is set for Sentencing on March 16, 2011 at 2 pm. Defendant's sentencing memo is due 2/14/11; AUSA's is due 2/28/11; and Defendant's reply is due 3/7/11.

Dated: 1/4/2011

CLAUDIA WILKEN
United States District Judge

cc: FPD